◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD SAM, Appellant. [691 NYS2d 359] —Appeal by the defendant from a judgment of the Supreme Court, Queens County, (Kohm, J.), rendered March 13, 1997, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the prosecutor failed to disclose *Rosario* materials (*People v Rosario,* 9 NY2d 286) was not preserved for appellate review (*see,* CPL 470.05 [2]; *People v Laguer,* 195 AD2d 483).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80, 86-87). Santucci, J. P., Luciano, Schmidt and Smith, JJ., concur.